UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :       **<u>ORDER</u>**
            - v. -                                  :
                                                    :       21-CR-247 (PAE)
DENNIE BEACH,                                       :
                                                    :
            Defendant.                              :
                                                    :
-------------------------------------------------------X

WHEREAS, on August 27, 2021, DENNIE BEACH (the "Defendant") was charged in the above-captioned Information;

WHEREAS, on or about July 30, 2021, the Court granted the Government's application to seal all documents and filings related to the charges in this case and to delay the filing of docket entries in this case;

WHEREAS all subsequent filings in the case have been made under seal;

WHEREAS, on August 27, 2021, the Defendant entered a guilty plea to the charges contained in the Information;

WHEREAS, on March 27, 2023, the Defendant was sentenced by the Court;

WHEREAS the Government, with the consent of the defendant, has now applied to unseal the above-captioned action and to publicly file all docket entries;

[INTENTIONALLY BLANK]

IT IS HEREBY ORDERED that the docket in this matter shall be unsealed; it is

FURTHER ORDERED that all documents filed in this action shall also be

unsealed and docketed.

SO ORDERED:

Dated:  New York, New York
        March 28, 2023

_____
THE HONORABLE PAUL A. ENGELMAYER
United States District Judge
Southern District of New York